Melissa D. Ingalls (SBN 174861)
melissa.ingalls@kirkland.com
Robyn E. Bladow (SBN 205189)
robyn.bladow@kirkland.com
Shaun Paisley (SBN 244377)
shaun.paisley@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile:  (213) 680-8500

Attorneys for Defendant Pfizer, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE ARROYO, on behalf of themselves and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>PFIZER, INC., a Delaware corporation,<br><br>    Defendant. | Case No.  CV 12-04030 EMC<br><br>The Honorable Edward M. Chen<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Hearing Date:     November 9, 2012<br>Time:                  9:00 a.m.<br>Courtroom:        5<br><br>Case Filed: July 31, 2012<br>Trial Date: TBD |

1  On October 17, 2012, Plaintiff Joanne Arroyo and Defendant Pfizer, Inc. submitted a
2  stipulation to continue the Case Management Conference currently scheduled for November 9, 2012.
3  After considering the stipulation, and for good cause shown:
4  **IT IS HEREBY ORDERED THAT:**
5  (1) The Case Management Conference, which was previously scheduled for November 9,
6  2012, ~~shall be continued until after the Court rules on Pfizer's forthcoming Motion to Dismiss~~
7  ~~Plaintiff's First Amended Complaint; and~~  January 17, 2013 at 9:00 a.m.
8  (2) The time for Pfizer to respond to Plaintiff's First Amended Complaint is extended by
9  21 days, such that Pfizer's response is now due on or before November 13, 2012.

11  DATED:   October __19_, 2012



The Honorable Edward M. Chen

---

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE    Case No. CV 12-04030 EMC
AND EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2012, I electronically filed the **[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to the attorneys of record who are registered CM/ECF users.

Executed on October 17, 2012, at Los Angeles, California.

Respectfully submitted,

s/Robyn E. Bladow

Melissa D. Ingalls
Robyn E. Bladow
Shaun Paisley
Kirkland & Ellis LLP
333 South Hope Street
Los Angeles, CA  90071

*Attorneys for Defendant Pfizer, Inc.*